In the Matter of the Claim of RUTH M. KAIL, Respondent, against LACKAWANNA STEEL CONSTRUCTION COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 4, 1933; decided October 24, 1933.)

*A. T. O' Neill* for appellant.

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.